JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br>Petitioner,<br>v.<br>STU SHERMAN, WARDEN,<br>Respondent. | Case No. CV 20-1941-VAP (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 15, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge